UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THOMAS E. ADAMS** | * | CASE NO. |
| | * | |
| **Plaintiff** | * | SECTION |
| | * | |
| v. | * | MAG |
| | * | |
| **SIEMENS INDUSTRY, INC.** | * | CIVIL COMPLAINT |
| | * | |
| **Defendant** | * | JURY TRIAL |
| | * | REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT FOR DAMAGES**
**DUE TO EMPLOYMENT DISCRIMINATION**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, **THOMAS E. ADAMS** ("Plaintiff"), a person of the full age of majority residing in this judicial district, who brings this action against his employer, **SIEMENS INDUSTRY, INC.** ("Defendant" or "Siemens"), a foreign corporation doing business in this judicial district, as follows:

**I.**

**JURISDICTION AND VENUE**

This Court has jurisdiction over Plaintiff's claims under Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991 42 U.S.C. 2000e, *et seq.,* which prohibits discrimination based on race.

**II.**

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Plaintiff, who was one of only two Black employees out of a total of approximately 300 employees, was subjected to acts of racial discrimination during much of his employment with

1

Siemens, including the latest acts of discrimination which occurred on a continuing basis from February 28, 2019, without abatement despite his timely complaints thereof to managers and supervisors, through, at least, December 2, 2019. Plaintiff thus filed a Charge of Discrimination with the local New Orleans EEOC Field Office, on or about January 3, 2020, which was assigned Charge No. 461-2020-00500 ("Charge").  Plaintiff's Charge, and EEOC file which has been requested and will be obtained via FOIA request, are incorporated herein, *in globo* and *in extenso*. The EEOC then issued a Dismissal and Notice of Right To Sue Letter on September 21, 2020, and thus, this suit has been timely filed within 90 days of Plaintiff's receipt of said Right To Sue Letter.

### III.

### FACTS

A.	Plaintiff began his employment with Siemens Industry Inc. on April 14, 2008 as a Service Sales Representative earning $80,000 per year, plus commission. Around February 28, 2019, he received a call from Mr. Herbert Williams of the City of New Orleans in reference to one of Plaintiff's accounts, who to complain that one of Siemens' workers was a member of the Ku Klux Klan (John Doe # 1). Plaintiff reported this to Siemens, through his supervisor, Richard Burvant, who then instructed Plaintiff to limit any discussion about this matter solely to Mr. Burvant, and that Mr. Burvant wanted John Doe # 1 to remain active on the account with the City of New Orleans.

B.	In April 2019, Mr. Burvant told Plaintiff that the new St. James Parish Superintendent, Dr. Ed Cancienne, wanted Plaintiff removed from the Account due to Plaintiff's race. Plaintiff was removed from the account and thus lost sales commissions, and was replaced on that account by a White employee.

C.	During an awards ceremony at which Plaintiff was one of two Black employees

out of a group of approximately 50 local and corporate senior-level managers, when Plaintiff was approaching the stage to receive his award, the Siemens management team decided to play a rap song by Snoop Dogg which contained the word "Nigger" which was heard by all in attendance.

D.      Subsequently, when working on a new account with the City of New Orleans during the transition from former Mayor Landrieu to the current Mayor, LaToya Cantrell, the City's Property Management Department was in disarray, which postponed Plaintiff's ability to close the account.  Once the City was ready to close the account, Mr. Burvant put a White employee on the account and gave her the commission, again depriving Plaintiff of the commission he rightfully earned. Further, the unlawful and discriminatory deprivation of receipt of his rightful commission prevented Plaintiff from reaching his yearly sales quota threshold.

E.      Defendant then, through Scott Brady (believed to be the Southeast Zone Vice President), pretextually claimed that Plaintiff needed to be placed on a disciplinary Performance Improvement Plan ("PIP"), and took steps to initiate that process, ostensibly as a result of his "deficient" sales quota. Mr. Brady also specifically told Plaintiff that all Company employees who are placed on a PIP either resign, quit or get fired, and Plaintiff should do the same.

## IV.

### COUNT I

Plaintiff reiterates, re-alleges and incorporates all allegations, averments and representations contained in all previous paragraphs I through III inclusive. By committing the negligent and intentional acts complained of, defendant has violated Plaintiff's rights under Title

3

VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991 42 U.S.C. 2000e, *et seq.,* which prohibits racial discrimination in employment. These and other violations have caused Plaintiff loss of pay, emotional, mental, psychological and physical harm, loss of income, loss of family and loss of enjoyment of life, for which defendant is liable in compensatory, punitive, exemplary, legal, equitable, nominal and all other damages that this Court deems necessary and proper.

## V.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, **THOMAS E. ADAMS**, prays that this Complaint be filed and served and, after due proceedings, there be judgment in his favor and against defendant **SIEMENS INDUSTRY, INC.,** for, compensatory, punitive, exemplary, general, legal, liquidated, equitable, and nominal damages, as well as for all costs, expenses and attorney's fees, and for all other damages and relief, equitable and legal, including legal interest, that this Court deems necessary and proper.

Respectfully Submitted:

__/s/ John O. Pieksen, Jr._____
John O. Pieksen, Jr. (LA Bar #21023)
BAGNERIS, PIEKSEN & ASSOCIATES, LLC
935 Gravier St., Suite # 2110
New Orleans, LA 70112
Off: 504.493.9770
Fax: 504.493.9771
pieksen@bpajustice.com
**Counsel for Plaintiff, Thomas E. Adams**

Plaintiff will issue a Notice of Lawsuit
and Request For Waiver of Service and
Citation to Defendant